**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

JOSHUA ALLEN SMITH                                                                                          PLAINTIFF
ADC #145605

v.                                            NO. 1:15CV00070 JLH/PSH

JOE PAGE, *et al.*                                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by defendant Billy Cowell (Doc. No. 60) is GRANTED, and Smith's claims against Cowell are DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE