IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA ALLEN SMITH                                                              PLAINTIFF

v.                           NO. 1:15CV00070 JLH-PSH

JOE PAGE; AUNDREA WEEKLY;
VERNON ROBERTSON; and BILLY COWELL                                        DEFENDANTS

### ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendants Joe Page, Aundrea Weekly, and Vernon Robertson is granted. See Document 66. The claims against them are dismissed with prejudice. The complaint filed by plaintiff Joshua Allen Smith is dismissed, and judgment will be entered for all of the defendants.[1] The Court certifies that an in forma pauperis appeal taken from the orders and judgment dismissing this case would be frivolous and not in good faith.

IT IS SO ORDERED this 9th day of February, 2017.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The claims against defendant Billy Cowell were earlier dismissed without prejudice. See Document 70. Judgment is also being entered for him at this time.